UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CIVIL RIGHTS COMPLAINT

Holly H. ARPINO,
  Plaintiff,

v.                                                Case No. _____

AMTRAK AND
SCOTT AMERIL,
  Defendants                          JURY DEMANDED

## A. PARTIES

1. Plaintiff <u>Holly H. Arpino</u> is a citizen of the United States, who currently resides in Clinton, <u>Connecticut</u>, using a mailing address of <u>P.O. Box 444, Madison, CT 06443</u>.

p. 1

Defendant Amtrak PD officer Scott Ameril is commissioned to work as a law-enforcement officer by Amtrak PD and Amtrak. As Respondeat Superior, Amtrak is liable for any civil rights violations, etc. committed by Scott Ameril, as any exertion of authority — ~~constitutes~~ particularly an abuse of such authority — constitutes an act under color of law.

## B. Jurisdiction

1. Jurisdiction is asserted pursuant to 28 U.S.C. § 1331;

2. Jurisdiction is also invoked pursuant to
    28 U.S.C. § 1343(a)(3),
    
    AND
    
    18 U.S.C. § 242.

p. 2

2. Defendant <u>Amtrak</u> is a quasi-governmental corporate entity also known as The National Railroad Passenger Corporation whose headquarters are situated at 1 Massachusetts Avenue NW, Washington, D.C., 20001-1402.

3. Defendant <u>Scott Ameril</u> is employed as an ~~A~~ a <u>law-enforcement officer for the Amtrak Police Department</u>, which operates under the auspices of <u>Amtrak</u>; is commissioned in the State of Connecticut and works under the supervision of the Amtrak Police Department, with that office being situated at <u>50 Union Ave, New Haven, CT 06519</u>.

## VENUE

Venue is proper in the District of Connecticut because Plaintiff resides in this district, and the Amtrak Police Dept., which operates by authority and and under the auspices of Amtrak, maintains its local office within this district; additionally, Amtrak Police officer Scott Averill is dispatched from that office.

## NATURE OF SUIT

440 – Other Civil Rights

## FIRST CAUSE OF ACTION

— On or about December 18, 2020, Plaintiff was situated in the atrium/lobby of Union Station, New London, CT, located at 27 Water St, which Amtrak utilizes

in its operation of a public _railway_ _service_;

- Amtrak receives much of its operating income through tax-payer funded federal (and state) subsidies, and is required to treat all patrons accordingly;

- Plaintiff Arpino was subject - without any cause, be that probable cause, or not - to a false arrest by Amtrak Police officer Scott Amaril, (detained her and) whereupon he issued a court-summons to her for "criminal Trespass"; she was ordered to leave the station;

- On December 14, 2021, Plaintiff Arpino did appear in court, at the GA-10 Courthouse in New London;

- Plaintiff Arpino did prevail in this action, with the favorable termination of it;

- The criminal case for "Criminal Trespass" was _dismissed_;

p. 5

## Second Cause of Action

- In furtherance of his strident abuse of his authority, Amtrak Police Officer Scott Amaril did deprive Plaintiff Arpino of her unassailable right to

a). Utilize ANY rail service which Amtrak operates. To wit:

 - This deprivation did — and still does to the present day — wholly prevent Plaintiff from riding any Amtrak train, or any which Amtrak operates. Included in these operations is the Shoreline East Commuter Rail Service;

 - Plaintiff Arpino was prohibited — i.e. "BANNED" — from riding any Amtrak train(s), Shoreline East, etc. — and informed that she would be arrested for "criminal trespass" should she attempt to do so;

p. 6

Likewise, she was instructed to steer clear of any Amtrak property, be that any Amtrak train station, lest she be arrested for criminal trespass;

### THIRD CAUSE OF ACTION

Defendant Scott Ameil has successfully used his position, and the authority invested therein, to defame Plaintiff Arpino, purposefully and maliciously.

## PRAYER FOR RELIEF

- Plaintiff Arpino requests immediate injunctive and/or declatory relief, to address this unconstitutional prohibition of her access to these <u>public</u> train services. She has been unable to use any Amtrak or Amtrak-operated train, since the December false arrest for "criminal Trespass";

- Plaintiff Arpino seeks money damages, equitable; punitive; compensatory, for the pain and suffering she has withstood, to say nothing of the hardship inflicted upon her.

p. 8

- Plaintiff also seeks a public-hearing on these matters, specifically to prevent any similar abuses of discretion by Amtrak personnel.

Respectfully submitted, on December 14, 2023,

By PLAINTIFF,

*/s/*

Holly H. Arpino
P.O. Box 444
Madison, CT 06443
(860) 625-2724

DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that she is the plaintiff in the above action, that she herself prepared the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Executed in New Haven, CT on December 14, 2023.

*/s/*

p.9